Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTRUCTION MATERIALS TESTING, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-3103 JSW<br><br>[PROPOSED] ORDER RE ISSUANCE OF WRIT OF EXECUTION |

Let a Writ of Execution be issued in favor of Plaintiffs and against Defendants for $343,221.74 plus 12% per annum interest ($111.00 per diem) on the Stipulation balance, the contributions and liquidated damages, all totaling $337,609.91, and post Judgment interest at the legal rate of 0.49% per annum ($0.08 per diem) on the remaining $5,611.83 due for interest, attorneys' fees and costs, beginning September 30, 2009 until satisfied. The Court shall retain jurisdiction over this matter.

Dated: October 29, 2009

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

-1-
[PROPOSED] ORDER RE ISSUANCE OF WRIT OF EXECUTION
Case No.: C09-3103 JSW