Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTRUCTION MATERIALS TESTING, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-3103 JSW<br><br>**SECOND AMENDED JUDGMENT PURSUANT TO STIPULATION** |

IT IS HEREBY STIPULATED by and between the parties hereto, that this Second Amended Judgment Pursuant to Stipulation shall be entered in the within action in favor of the Plaintiff OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al. (collectively "Plaintiffs" or "Trust Funds") and against Defendant CONSTRUCTION MATERIALS TESTING, INC., a California Corporation, or successor entities, ("Defendant"), as follows:

1. All provisions of the Amended Judgment Pursuant to Stipulation, entered by the Court on January 27, 2010, shall remain in full force and effect, except as follows. During the period October 2010 through December 2011, Paragraph 5(a) is herby amended to provide:

1
**SECOND AMENDED JUDGMENT PURSUANT TO STIPULATION**
**CASE NO.: C09-3103 JSW**
P:\CLIENTS\OE3CL\Construction Materials Testing, Inc\Pleadings\C09-3103 JSW Second Amended Stipulation 102710.DOC

      a.    On the 25th day of the four months from October 2010 through January 2011, Defendant shall pay to Plaintiffs the amount of **$5,000.00** each month.

      b.    On the 25th day of the ten months from February 2011 through November 2011, Defendant shall pay to Plaintiffs the amount of **$10,000.00** each month.

      c.    On the 25th day of December 2011, Defendant shall pay to Plaintiffs the amount of **$45,000.00**.

2.    Beginning on January 25, 2012 and continuing thereafter until all amounts due under the Amended Judgment Pursuant to Stipulation are paid in full, Defendant shall make payments as originally stipulated in Paragraph 5(a) of the Amended Judgment Pursuant to Stipulation.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

**SECOND AMENDED JUDGMENT PURSUANT TO STIPULATION**
**CASE NO.: C09-3103 JSW**
P:\CLIENTS\OE3CL\Construction Materials Testing, Inc\Pleadings\C09-3103 JSW Second Amended Stipulation 102710.DOC

3. All other terms and provisions of the Amended Judgment Pursuant to Stipulation shall continue to remain in full force and effect.

Dated: November 2, 2010  **CONSTRUCTION MATERIALS TESTING, INC.**

By: /S/Donald Rose
Donald Rose, Owner/President

Dated: November 2, 2010  **DONALD ROSE**

/S/Donald Rose
Individually, as Personal Guarantor

Dated: November 2, 2010  APPROVED AS TO FORM:

/S/ Ronald B. Bass
**RONALD B. BASS, Esq.**
Attorney for Construction Materials Testing, Inc. and Donald Rose, individually

Dated: November 4, 2010  **OPERATING ENGINEERS TRUST FUNDS**

By.: /S/David Hayner
David Hayner, Collections Manager

Dated: November 3, 2010  **SALTZMAN AND JOHNSON LAW CORPORATION**

By: /S/Muriel B. Kaplan
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED

Dated: __November 8__, 2010  _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE